

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

February 20, 2025

Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
Foley Square, Rm 618
New York, New York 10007



*Re:    United States v. Jaime Lan*
*Case No.: 24 Cr. 425 (KPF)*

Dear Judge Failla,

    I represent Jaime Lan, who was previously sentenced before Your Honor. Prior to his sentencing, Mr. Lan was released on bail and his passport was surrendered to Pre-Trial Services. Mr. Lan is currently serving his sentence in the custody of the Bureau of Prisons, and requests that his passport be released to my law firm. Accordingly, pursuant to Pre-Trial Services' protocol, I respectfully request the Court order Pre-Trial Services to return the passport to me, or to a member of my law firm.

    I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

---

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Page 1 of 1

Application GRANTED.  Pre-Trial Services is hereby ORDERED to release Mr. Lan's passport to Mr. Fasulo, or to a member of his law firm.

The Clerk of Court is directed to terminate the pending motion at docket entry 36.

Dated:     February 21, 2025           SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE